IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:11CR158 |
| | ) | |
| RICHARD HILL | ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

On March 30, 2012, the above named was sentenced to five years Supervised Release following his term of imprisonment. Based on the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered that the Defendant, Richard Hill, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated this 15 day of November, 2017

Thomas M. Rose
United States District Judge